AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| The Stables Toy Mart and Garden Center Inc. <br><br> *Plaintiff(s)* <br> v. <br> JCNSL LLC, John Cannarelli, Jarden Enterprises, INc. and Daniel Capurso, <br><br> *Defendant(s)* | Civil Action No. 16-2190 <br> 5/2/16 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* See Attachment.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Loretta M. Gastwirth, Esq.
Meltzer, Lippe, Goldstein & Breitstone, LLP
190 Willis Ave.
Mineola, NY 11501
(516) 747-0300

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

ATTACHMENT FOR SUMMONS
THE STABLES TOY MART AND GARDEN CENTER INC.
V. JCNSL LLC, ET AL.

JCNSL LLC
105 Ocean Ave.
Center Moriches, NY 11934

JCNSL LLC
80 Montauk Highway
East Moriches, NY 11934

John Cannarelli
105 Ocean Ave.
Center Moriches, NY 11934

John Cannarelli
80 Montauk Highway
East Moriches, NY 11934

Jarden Enterprises, Inc.
211 Wyandanch Road
Sayville, NY 11782

Daniel Capurso
211 Wyandanch Road
Sayville, NY 11782

742838-1