LAW OFFICES

# Meltzer, Lippe, Goldstein & Breitstone, LLP

190 WILLIS AVENUE, MINEOLA, NY 11501

TELEPHONE: (516) 747-0300

FACSIMILE: (516) 747-0653

INTERNET: www.meltzerlippe.com

Loretta M. Gastwirth, Esq.
Ext. 119
Email: lgastwirth@meltzerlippe.com

November 22, 2016

**ECF Filed and Via Federal Express**
Honorable Sandra J. Feuerstein
U.S. District Judge; Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

Re:  The Stables Toy Mart & Garden Center, Inc. v. JCNSL LLC, John Cannarelli, Jarden Enterprises Inc. and Daniel Capurso
Civil Action No. 2:16-cv-02190 (E.D.N.Y.); MLG&B File No. 14144-1

Dear Judge Feuerstein:

We represent Plaintiff The Stables Toy Mart & Garden Center, Inc. in the above-referenced action. We write with the consent of counsel for defendants to request respectfully that the Court "so order" the attached Stipulation of Settlement resolving this litigation. Copies of this letter and Stipulation of Settlement have been ECF filed.

When we advised the Court on October 21, 2016 that the parties were working on finalizing a settlement agreement, the Court endorsed the letter with an Order which directed the Clerk to close the case. The Order further provided that plaintiff may move to reopen the case on ten (10) days notice on or before November 25, 2016. Please accept this letter as a request to reopen the case, to allow the filing of the Stipulation of Settlement and for the Court's "so ordering" of the parties' Stipulation of Settlement.

Thank you for your attention in this matter.

Respectfully submitted,

Loretta M. Gastwirth

LMG:tc
cc: Robert Calica, Esq.
*Attorneys for Defendants*
*JCNSL LLC and John Cannarelli*

Linda Margolin, Esq.
*Attorneys for Defendants*
*Jarden Enterprises, Inc. and Daniel Capurso*

768193-1